**FILED**

APR 17 2008



CLERK

# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH DAKOTA

### CENTRAL DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | CR. 08-30018 |
| Plaintiff, | |
| -vs- | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| JAY BEE YOUNG, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The above-entitled matter having come before the Court on the 17th day of April, 2008, for an initial appearance, and the Defendant having moved/requested a continuance pursuant to 18 U.S.C. §3142(f), and the Court having concluded that good cause exists for granting the same, now, therefore, it is hereby

ORDERED that a detention hearing and arraignment shall be held in the Fourth Floor Courtroom of the Federal Building, Pierre, South Dakota, on the 25th day of April, 2008, at the hour of 1:15 p.m. CDT, or as soon thereafter as the matter may be heard.  It is further

ORDERED that pending the detention hearing and arraignment, Defendant shall be held in the custody of the United States Marshal and shall be brought before the Court on the date, time and place herein specified.

Dated this 17th day of April, 2008, at Pierre, South Dakota.

BY THE COURT:

_____
MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE

ATTEST:
JOSEPH HAAS, CLERK
BY_____
                    Deputy
(SEAL)